UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
MARKO FLORES,

                    Petitioner,

        -against-                          ORDER
                                          10-CV-5667 (JS)


UNITED STATES OF AMERICA,

                    Respondent.
----------------------------------X
APPEARANCES:
For Petitioner:     Marko Flores, pro se
                    59632-053
                    Canaan U.S. Penitentiary
                    P.O. Box 300
                    Waymart, PA 18472

For Respondent:     No appearance


SEYBERT, District Judge:

            Pending before the Court is Petitioner Marko Flores'

Petition, pursuant to Section 2255 of Title 28 of the United

States Code, to clarify the terms of the sentence that this

Court imposed on him on May 8, 2002. Because Petitioner is

currently imprisoned in Waymart, Pennsylvania, this Court lacks

jurisdiction to adjudicate his Petition. See Rumsfled v.

Padilla, 542 U.S. 426, 435-36, 124 S. Ct. 2711, 2718 159 L. Ed.

2d 513 (2004). Accordingly, and in the interests of justice,

the Court shall transfer this petition to the Middle District of

Pennsylvania, the District of Petitioner's incarceration.

It is hereby ORDERED, that the Clerk of the Court transfer this Petition to the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1631. The Clerk of the Court is also directed to mail Petitioner a copy of this Order.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    January  13 , 2011
          Central Islip, New York